IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY WILLIAMS, #306010, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| OFFICER J. TAYLOR and ALABAMA DEPARTMENT OF CORRECTIONS, | ) ) ) ) ) |
| Defendants. | ) |

CASE NO. 2:21-CV-419-WKW-CSC

## **ORDER**

On September 22, 2021, the Magistrate Judge filed a Recommendation (Doc. # 6) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 6) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court and to prosecute this action.

A final judgment will be entered separately.

DONE this 15th day of November, 2021.

        /s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE